IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON PEREZ,

       Plaintiff,

v.                                CASE NO. 4:14-cv-37-MW/CAS

STATE OF FLORIDA,

       Defendant.

_____/

**ORDER ACCEPTING
AMENDED REPORT AND RECOMMENDATION IN PART**

This Court has considered, without hearing, the Magistrate's Amended Report and Recommendation, ECF No.9, filed February 20, 2014, and has reviewed *de novo* Petitioner's Motion to Strike Respondent's Report and Recommendation, ECF No. 10, construed by this Court as objections to the amended report and recommendation. Upon consideration

IT IS ORDERED:

The amended report and recommendation is **accepted and adopted** as this Court's opinion. This case shall be transferred to the United States District Court for the Southern District of Florida. The Clerk shall take all steps necessary to

effect the transfer and close the file.

    **SO ORDERED on March 4, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
